ORIGINAL COPY
FOR THE COURTS RECORD

| For Clerk's Office Use | | |
|---|---|---|
| Judge | Recd Date | Grv. |
| K | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC § 1983**

**INMATE NAME:** Jacob Alan Shouse

**PRISONER NO.:** 327092

**PLACE OF CONFINEMENT:** Red Onion State Prison

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 30 2008
JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Jacob Alan Shouse
Enter Full Name Plaintiff

**vs.** **CIVIL ACTION NO.** 7:08-CV-00347

Tracy Ray, Warden, Resp/Medical Dr. Happy Smith, Mental Health Department, QMHP SR. Rick Saylor, QMHP Karen Nelson
Enter Full Name(s) Defendant(s)

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_______ Yes ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: N/A
2. Court: N/A
3. Docket No.:
4. Judge:
5. Disposition:

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓ No ______

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.
See Exhibit I + J

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involve, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and et forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

See Attachments A(1-4) A, Statement of Claim + exhibits (A-J)

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

I Request A transfer to A Mental Health Unit + $1,500 for my pain + suffering + OMHP Karen Wilson + DR. Happy Smith Fired or forced to Resign.

SIGNED THIS 23 DAY OF April, 2008.

[signature]

(Signature of Each Plaintiff)

**VERIFICATION:**

I, Jacob Alan Shouse, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC § 1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 4/23/08 SIGNED: [signature]

Attachment A(1)

(D) Statement of Claim

Claim #1 — Cause for action + attention to personal need. A Serious medical need.

At Red Onion State Prison on 10/4/07 @ 12:00 AM in A-400 pod, cell A-401, I Jacob Shouse #327042 swallowed three 4 to 6 inch shanks (2 plastic, 1 metal), cut open my stomach + my left arm hitting my brachial artery + hung myself from the cell vent in a attempted suicide. I was found by C/o's Maloney + Lt. Flemming + taken to medical by Nurse Roberts + sent to Dickenson Co. Comm. Hospital where I received sutures in my arm + stomach. X-Rays was taken + I was sent back to prison around 5 or 6 AM. I was placed in 5-point restraints in medical cell 2 with a camera. The 3 shanks still in my stomach, + a razor.

Claim #2 — Excessive force + cruel + unusual punishment + negligence, plus deliberate indifference to my serious medical needs

On that morning of 10/6/07 around 10 AM Lt. Rose + Sgt. Maggard moved me out of medical cell 2 with the camera to the A-400 pod, cell A-401 without a camera, due to Mental Health staff (QMHP Karen Nelson, QMHP Senior Rick Saylor) not wanting me in medical housing with inmate Christopher Coats. I was placed back in 5-pts restraints + on 15 minute watch in the cell I had just attempted suicide in 10 hours earlier. I wasn't in a camera cell + with my extensive suicidal history I was supposed to be on constant watch, 1 to 1, per DOP 861.3, 818, 730.4, 420.2, (special housing, cell assignments, management of "At Risk" inmates + use of restraints) not 15 minute checks. Also, I wasn't supposed to be moved from medical with their knowledge of my having 3 shanks in my stomach, as well as stitches in my arm + stomach.

Claim #3 — Excessive force + negligent acts due to deliberate indifference

I was in 5-pt. restraints on 10/6/07, 10/7/07 + 10/8/07 (Saturday, Sunday + Monday) those are the 3 days (72 hours) allowed per DOP 420.2 (use of restraints) without approval from D.O.C.'s office in Richmond for a continual use of 5-pt. restraints

Attachment A(2)

(D) Statement of Claim

Claim #3 continued

to insure the inmates safety + stay humane. But, on 10/8/07 Monday, A holiday, only QMHP Karen Nelson was on call at Rosp. I was let up + placed in A wheelchair + taken to medical to talk with her about being Released from 5-pts. I assured her that I wasn't still suicidal + that I could be safe without the use of Restraints. Also, that I was in alot of pain due to the foreign bodies in my stomach. She made the decision to have me placed back down in 5-pts. because she didn't trust me, + my history of self-harm behavior. I went back in 5-pts. for another 24 hours, which violated policy (4 days straight) + my 8th amendment against cruel + unusual punishment. The little visit to medical to speak with her took all of 10 minutes + was on camera. On Tuesday 10/9/07, QMHP Karen Nelson let me out of 5-pts but, subsequently placed me in Ambulatory Restraints for 24 hours due to her still not trusting me. On 10/10/07 Wednesday morning while in Ambulatory Restraints I threw up the razor I had swallowed in which was used to cut myself on 10/6/07. This was shown to Lt. Joe Fannin + Sgt. Haggard. They came in the cell + retrieved the razor out of the vomit. I was taken to medical to speak with QMHP K. Nelson QMHP senior Rick Saylor + QMHP Mullins, as well as DR. Asan, psychiatrist, about coming out of Ambulatory Restraints + about the razor I vomitted up. It was decided amongst them that somehow my throwing up A razor + notifying staff + letting them have it instead of keeping it that I was again A threat to myself + placed back in 5-pt. Restraints. I stayed in 5-pt. Restraints from 10/10/07 - 10/12/07 (48 hours). I was

Attachment A(3)

(D) Statement of Claim

Claim # 3 continued

Released from all restraints Friday 10/12/07 after being in a type of restraints for 7 consecutive days (4 in 5 pts. 1 in Ambulatory + 2 in 5-pts.) All while not under a camera nor on 1 to 1 - constant watch + having 3 shanks in my stomach.

Claim # 4 - Personal Injury to myself due to deliberate indifference.

The entire time in restraints 10/6/07 - 10/12/07 I was in constant pain due to the 3 shanks I swallowed + repeatedly asked to see medical + was denied except for the nurse to check restraints. I didn't see the doctor until 10/12/07. I saw Dr. Bellamy, M.D.. I was sent to Mountain View Regional Medical Center to be x-rayed + possibly have the shanks removed. The x-rays did show the metal shank but, they didn't use the correct procedures to see the plastic ones. I was sent back to prison saying that it would pass or to see if it would. Upon my return that day of 10/12/07 with the true knowledge of my having foreign bodies in my stomach + my past history of swallowing things that have perforated before (the same objects as this time) + resulting in invasive surgery requiring removal of a portion of my small bowel, I was still placed in Pod A-400 cell A-401 + kept on strip cell + on 15 minute watch + not in medical housing as I should've been with such a serious medical condition. I filed numerous emergency grievances to be sent back to the hospital but, all medical would do is take my temperature + blood pressure. On 10/17/07 I saw Dr. McBride + he said that he agreed that I should be in the hospital + that the 3 shanks wouldn't pass + had me scheduled to go to a different hospital (Norton Community Hospital) that he knew would have them removed but, security + Head doctor "Happy Smith" refused my appointment because I knew chat

Attachment A(4)

(D) Statement of Claim

Claim # 4 continued and ended.

it "supposedly" + that they didn't want to use that hospital. But, Dr. McBride agreed that this presented an imminent injury of perforation of my bowels if not removed ASAP but, he was over-ruled by Dr. Happy Smith + Security personnel. Just in April 2007 I swallowed the exact same objects + was sent to Norton Community Hospital + subsequently to Richmond's Medical College of Virginia for more surgery due to perforation of my small bowel + requirement of a portion removed. So the risk was known + imminent. On 10/18/07, 10/22/07, 10/23/07 + 10/24/07 I submitted emergency grievances about the pain, risk + seriousness of the issue + literally begged for help! Each one was denied + checked "not an emergency", even though the definition of emergencies is stated at the top of the grievance: "A situation or condition which may subject the inmate to immediate risk of serious personal injury or irreparable harm." If those shanks perforated my stomach or bowels + my stomach contents leaked out into my bloodstream I could die, not to mention A loss of A portion of my bowel is irreparable harm, because I cannot get that back. On 10/29 or 30/07 I had A high temperature + Blood pressure + was sent to Mountain View Regional Medical Center (25 days after date of incident) for A emergency Catscan + at that time the Radiologist + doctors felt I needed emergency surgery due to an acute near bowel perforation by 3 foreign bodies + which required A portion of my small bowel removed. The Doctor told me that if another day passed I would be dead due to bowel perforation + bloodpoisoning. Everything I told them (would happen) + they denied - happened. The risk + injury manifested into itself. I suffered severely for 25 days + almost died.

TO: Mr Saylor
Mental Health

Exhibit (A)

DOP 866
Attachment 5

VIRGINIA DEPARTMENT OF CORRECTIONS
EMERGENCY GRIEVANCE FORM

Log # 02632

**Definition**: Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.

| Shouse | J | 327092 | ROSP A | 401 |
|---|---|---|---|---|
| Inmate Last Name | First | No. | Institution/Bldg. # | Cell # |

**PART A- INMATE CLAIM**

What is the emergency? Around 1⁰⁰pm Makes 48hrs. That I have been in Spts. I was told by Mr. Saylor that I would be Released yesterday, but noone came to see me at all. I am not suicidal and am not going to hurt myself. My Body is in terrible pain. I've been in restraints for 7days for an incident That occured Last Friday

10/12/07 7:55AM — Date / Time

c/o Gibson (Inmate in Restraints) per QMHP — Signature of Inmate & Number

**PART B- STAFF RESPONSE**
**(This part is to be completed and returned to the inmate within eight (8) hours.)**

☒ Your grievance does not meet the definition for an emergency. Reason/s: This does not meet the definition for an emergency. Please use regular Request procedure.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

10/12/07 11:15AM — Date / Time

R. Saylor, M.S. QMHP Sr. — Respondent / Title

Distribution: Original Grievance returned to Inmate
Copy forwarded to Institutional Ombudsman/Grievance Coordinator

[Detach here]

Exhibit (B)

DOP 866
Attachment 5

**VIRGINIA DEPARTMENT OF CORRECTIONS**
**EMERGENCY GRIEVANCE FORM**

Log # 02725

**Definition:** Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.

| J. Shorse | | 327092 | R.O.S.P | A 401 |
|---|---|---|---|---|
| Inmate Last Name | First | No. | Institution/Bldg. # | Cell # |

**PART A- INMATE CLAIM**

What is the emergency? I was suposed to see the docter wednesday, because of the plastic shanks I swallowed and one metal shenk, but I was in [illegible] I have been vomiting and cannot hold down food my stomach has sharp pains in it. And cannot move my Bowls good when I do there blood in my stool when I burp it smells like Phesis

10/12/07 Date / Time 11:44am    I'm on strip cell    Signature of Inmate & Number

**PART B- STAFF RESPONSE**
**(This part is to be completed and returned to the inmate within eight (8) hours.)**

☒ Your grievance does not meet the definition for an emergency. Reason/s: You have been seen by the doctor about this issue.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

10/12/07 1pm
Date / Time

D Yates RN
Respondent / Title

**Distribution: Original Grievance returned to Inmate**
**Copy forwarded to Institutional Ombudsman/Grievance Coordinator**

[Detach here]

5 (C)

DOP 866
Attachment 5

**VIRGINIA DEPARTMENT OF CORRECTIONS**
**EMERGENCY GRIEVANCE FORM**

Log # 02733

**Definition: Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.**

| Shouse | J | 327092 | R.O.S.P. A | 401 |
|---|---|---|---|---|
| **Inmate Last Name** | **First** | **No.** | **Institution/Bldg. #** | **Cell #** |

**PART A- INMATE CLAIM**

**What is the emergency?** Friday 10-12-07 I was sent to M.C.V. to have the metal + plastic shanks X-Ray... and possibly removed, but thay said it would pass, and thay are not going to remove them, but thay never looked for the plastic only the metal. These things are to long and to stiff to pass through my small intestant if it reachs my small intestant, it is garanteed to perforate. I am still vomiting and have constant stabing pains, and sometimes pass out from the pain

10-17-07 2:02 — Date / Time

(C/O B. Hall) (Inmate on strip cell) — Signature of Inmate & Number

Received 2²³p

**PART B- STAFF RESPONSE**
**(This part is to be completed and returned to the inmate within eight (8) hours.)**

☑ Your grievance does not meet the definition for an emergency. Reason/s:
You have been assessed by the Doctor.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

10-17-07 5²⁷p — **Date / Time**

[signature] — **Respondent / Title**

**Distribution: Original Grievance returned to Inmate**
**Copy forwarded to Institutional Ombudsman/Grievance Coordinator**

[Detach here]

DOP 866
Attachment 5

**VIRGINIA DEPARTMENT OF CORRECTIONS**
**EMERGENCY GRIEVANCE FORM**

Log # 02635

**Definition: Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.**

| Inmate Last Name | First | No. | Institution/Bldg. # | Cell # |
|---|---|---|---|---|
| Shouse | J. | 327092 | ROSP A | 401 |

## PART A- INMATE CLAIM

**What is the emergency?** I'm having severe stabbing pains in my stomach. I keep Dry Heaving even though I have not eaten it hurts just to move. I feel Nuaseated and Dizzy every time The pain hits. And it feels hard to breath. I suppose to go to NCH sometime today I need to see someone about this pain A.S.A.P

10/18/07 11:50 Am — **Date / Time**

c/o Gibson (Inmate is on strip cell) — **Signature of Inmate & Number**

## PART B- STAFF RESPONSE

**(This part is to be completed and returned to the inmate within eight (8) hours.)**

☑ Your grievance does not meet the definition for an emergency. Reason/s: You were seen yesterday with no sign of an acute abdomen and schedule for further evaluation.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

40

10-18-07 1[24] PM — **Date / Time**

Received @ 1[04] pm

[signature] / [signature] — **Respondent / Title**

**Distribution: Original Grievance returned to Inmate**
**Copy forwarded to Institutional Ombudsman/Grievance Coordinator**

[Detach here]

Exhibit (E)

DOP 866
Attachment 5

VIRGINIA DEPARTMENT OF CORRECTIONS
EMERGENCY GRIEVANCE FORM

Log # 02735

**Definition**: Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.

Shouse J 327092 ROSP / A-4 401
Inmate Last Name First No. Institution/Bldg. # Cell #

## PART A- INMATE CLAIM

What is the emergency? I wrote an emergency grievance about my stomach & all they do is come to take my bloodpressure & temp. I need help. That isn't going to stop this Nausea & vomiting. I keep passing out from the pain (3 times today) This pain is unbearable it comes in waves & I usually faint. I need more than my temp & blood pressure took. I am passing alot of blood in my stool & Medical is doing nothing. I need to be under observation this is life threatening & may cause serious risk if this metal & plastic shanks stay in me! Help me

10/18/07 / 3:15 PM
Date / Time

[signature] 327092
Signature of Inmate & Number

## PART B- STAFF RESPONSE

(This part is to be completed and returned to the inmate within eight (8) hours.)

☑ Your grievance does not meet the definition for an emergency. Reason/s: You refused assessment per Nurse Kilgore.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

10.18.07 4:47pm
Date / Time

[signature] RN
Respondent / Title

Received @ 4:46pm

Distribution: Original Grievance returned to Inmate
Copy forwarded to Institutional Ombudsman/Grievance Coordinator

[Detach here]

DOP 866
Attachment 5

**VIRGINIA DEPARTMENT OF CORRECTIONS**
**EMERGENCY GRIEVANCE FORM**

Log # 02641

**Definition: Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.**

Shouse | J | 327092 | ROSP / A-4 | 401
**Inmate Last Name** | **First** | **No.** | **Institution/Bldg. #** | **Cell #**

**PART A- INMATE CLAIM**

**What is the emergency?** These 3 shanks have been inside of me for 21 days today, causing me agonizing bouts of pain, constant vomiting, nausea & fainting spells. I can't sleep, eat & have lost over 10 pounds. I should be in medical housing under observation until they are removed. You cannot monitor me in the pod. If it perforates it could be fatal & go unnoticed because of the business of the officers & my incapability to tell someone such enough.

10/22/07 / 7:1[illegible] **Date / Time**

[signature] 327092 **Signature of Inmate & Number**

**PART B- STAFF RESPONSE**
**(This part is to be completed and returned to the inmate within eight (8) hours.)**

☑ Your grievance does not meet the definition for an emergency. Reason/s:
You have been seen per Nurse Cox.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

10.22.07 10:32 AM **Date / Time**

Yates RN **Respondent / Title**

Received @ 9:22 Am

**Distribution: Original Grievance returned to Inmate**
**Copy forwarded to Institutional Ombudsman/Grievance Coordinator**

[Detach here]

DOP 866
Attachment 5

**VIRGINIA DEPARTMENT OF CORRECTIONS**
**EMERGENCY GRIEVANCE FORM**

Log # 02639

**Definition: Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.**

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| **Inmate Last Name** | **First** | **No.** | **Institution/Bldg. #** | **Cell #** |

## PART A- INMATE CLAIM

**What is the emergency?** [illegible] they go [illegible] my pharynx into my esophagus + into my stomach by peristalsis (The stomach is approx. 10 inches long from the cardioesophageal sphincter to the pylorus). [illegible] the stomach [illegible] it has been [illegible] especially as the [illegible] bodies are propelled by peristalsis to the pyloric sphincter that allows the chyme (processed food) to pass into the duodenum + if the [illegible] bodies stay through the pyloric valve there's a huge risk of perforation since the [illegible] will not bend to accomodate the curve of the duodenum, however, if they reach the jejunum + ileum of the small intestine it is risky also because segmentation will propell them back + forth + across the organ + usually anything 4 inches or longer + unbendable won't make the turns. I also have a peptic ulcer + if aggravated can perforate allowing the stomach contents to leak into the peritoneal cavity causing peritonitis or digestion of the pancreas. With all these risks it meets the definition of an emergency! Knowing it's in the [illegible] + that is [illegible] perforated [illegible] in April 07 having my small bowel removed just amplifies the risk. And last time there was no evidence of the rupture until surgery was done so taking my blood pressure + [illegible] may tell you nothing! I should be in medical under constant observation until removal.

10/23/07 7:20 AM — [signature] 32792

**Date / Time** — **Signature of Inmate & Number**

## PART B- STAFF RESPONSE

**(This part is to be completed and returned to the inmate within eight (8) hours.)**

☑ Your grievance does not meet the definition for an emergency. Reason/s:

You refused assessment per Nurse Kilgore

☐ Your grievance has been determined to be an emergency and the following action has been taken:

10-23-07 8:20 AM — [signature]

**Date / Time** — **Respondent / Title**

Received @ 8:07 Am

**Distribution: Original Grievance returned to Inmate**
**Copy forwarded to Institutional Ombudsman/Grievance Coordinator**

[Detach here]

To: Dr. McBride

(H)

DOP 866
Attachment 5

**VIRGINIA DEPARTMENT OF CORRECTIONS**
**EMERGENCY GRIEVANCE FORM**

Log # 02745

**Definition:** Emergencies are defined as situations or conditions which may subject the inmate to immediate risk of serious personal injury or irreparable harm.

| Shouse | J | 327092 | ROSP / A-4 | 401 |
|---|---|---|---|---|
| **Inmate Last Name** | **First** | **No.** | **Institution/Bldg. #** | **Cell #** |

**PART A- INMATE CLAIM**

**What is the emergency?** What is this to y'all? A joke! Yeah, I did it to myself, bad mistake on my part, but now can y'all act professional & get this stuff out of me! These 3 shanks are killing me, I vomit just by thinking about eating. It's become involuntary, the pain is astronomical. It's been 23 days that it has been inside me! I made a mistake, please help me in getting healthy again. I'm scared it's going to rupture & then it's too late for help!

10/24/07 11:58 AM — **Date / Time**

[signature] 327092 — **Signature of Inmate & Number**

**PART B- STAFF RESPONSE**
**(This part is to be completed and returned to the inmate within eight (8) hours.)**

☑ Your grievance does not meet the definition for an emergency. Reason/s:
You have been assessed.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

10·24·07 1257 pm — **Date / Time**

[signature] RN — **Respondent / Title**

Received @ 1250 pm

**Distribution: Original Grievance returned to Inmate**
**Copy forwarded to Institutional Ombudsman/Grievance Coordinator**

[Detach here]

Jacob Alan Shouse #324092
Red Onion State Prison
Post office Box 1900
Pound, VA. 24279-1900

Clerk of The United States District Court
of the Western District of VA.
P.O. Box 1234
Roanoke, VA. 24006-

Virginia Dept Of Correction
Has Neither Censored Or Inspected
Item. Therefore, The Dept Does Not
Assume Any Responsibility
For It's Contents
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
$ 00.00
0004228658 MAY 28 2008
MAILED FROM ZIP CODE 24279